AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Northern District of California

Zai Yong Li
_____
Plaintiff
v.
Family Health Center, Richard Kim dba Family
Health Center, Lion Construction Corp., Anthony Lee,
ABC Glass & Mirror, Inc., Steve Chung and Does 1-10
_____
Defendant

Civil Action No. C08 03011 HRL

Summons in a Civil Action

To: Family Health Center, Richard Kim dba Family Health Center, Lion Construction Corp., Anthony Lee, ABC Glass & Mirror, Inc., Steve Chung.
*(Defendant's name)*

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Edward Hung
Wong & Associates
413 Third Street
Oakland, CA 94607

Tel: (510) 451-2124
Fax: (510) 451-2448

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: JUN 1 8 2008

Richard W. Wieking
Name of clerk of court

Tiffany Salinas-Harwell
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*