*E-filed 10/7/08*

NOT FOR CITATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ZAI YONG LI,<br><br>   Plaintiff,<br><br>   v.<br><br>FAMILY HEALTH CENTER, et. al,<br><br>   Defendants.<br>_____/ | Case No. C08-03011 HRL<br><br>**ORDER TO SHOW CAUSE RE: FAILURE TO APPEAR** |

   Counsel for defendants Family Health Center and Richard Kim did not appear at the scheduled case management conference on October 7, 2008. Accordingly, IT IS ORDERED THAT counsel for defendants, James Kim, shall appear in Courtroom 2, 5th Floor of the United States District Court, 280 South First Street on **October 14, 2008 at 1:30 p.m.** and show cause why he should not be sanctioned.

   **IT IS SO ORDERED.**

Dated: 10/7/08



_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

THIS IS TO CERTIFY THAT A COPY OF THIS NOTICE WILL BE SENT VIA E-FILING

**Counsel are responsible for transmitting this order to co-counsel who have not signed up for e-filing.**

Dated: 10/7/08

                                          /s/  mpk
                              Chambers of Magistrate Judge Howard R. Lloyd

**United States District Court**
For the Northern District of California