*E-filed 10/15/08*

NOT FOR CITATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ZAI YONG LI, | Case No. C08-03011 HRL |
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE RE: FAILURE TO APPEAR** |
| FAMILY HEALTH CENTER, et. al, | |
| Defendants. | |
| _____/ | |

Counsel for defendants Family Health Center and Richard Kim did not appear at the scheduled case management conference on October 7, 2008. The court ordered counsel to appear on October 14 at 1:30 p.m. to show cause why he should not be sanctioned. Counsel did not appear on October 14. Accordingly, IT IS ORDERED THAT counsel for defendants shall appear in Courtroom 2, 5th Floor of the United States District Court, 280 South First Street on **October 21, 2008 at 1:30 p.m.** and show cause why he should not be sanctioned for twice failing to appear.

**IT IS SO ORDERED.**

Dated: 10/14/08

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

THIS IS TO CERTIFY THAT A COPY OF THIS NOTICE WILL BE SENT VIA E-FILING

**Counsel are responsible for transmitting this order to co-counsel who have not signed up for e-filing.**

Dated: 10/15/08

/s/ mpk

Chambers of Magistrate Judge Howard R. Lloyd