Edward Hung, SBN 221232
**WONG & ASSOCIATES**
413 Third Street
Oakland, CA 94607
Telephone:     510-451-2124
Facsimile:     510-451-2448

Attorneys for Plaintiff
Zai Yong Li

# UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZAI YONG LI<br><br>            Plaintiff,<br>v.<br><br>FAMILY HEALTH CENTER; RICHARD KIM dba FAMILY HEALTH CENTER; LION CONSTRUCTION CORP.; ANTHONY LEE; ABC GLASS & MIRROR, INC; STEVE CHUNG and DOES 1-10<br><br>            Defendants. | **Case No.: C 08-03011 HRL**<br><br>**STIPULATION TO DISMISS DEFENDANTS LION CONTRUCTION CORP. AND ANTHONY LEE WITH PREJUDICE AND ORDER** |

Plaintiff Zai Yong Li and Defendants Lion Construction Corp. and Anthony Lee, through their respective counsel, hereby stipulate as follows:

1. Plaintiff Zai Yong Li and Defendants Lion Construction Corp. and Anthony Lee have reached a settlement with respect to claims Plaintiff Zai Yong Li has against Defendants Lion Construction Corp. and Anthony Lee.

2. As such, the parties hereby stipulate to dismiss Plaintiff Zai Yong Li's Complaint with respect to Defendants Lion Construction Corp. and Anthony Lee only with prejudice.

3. The parties agree that the Court shall retain jurisdiction for the purpose of enforcing the settlement agreement.

Dated: November 6, 2008               Respectfully Submitted,

                                      WONG & ASSOCIATES

                                            EH     /s/
                                      _____
                                      Edward Hung, Attorney for Plaintiff
                                      Zai Yong Li


                                            HL     /s/
                                      _____
                                      Haeyoung Lee, Esq., Attorney for
                                      Defendants Lion Construction Corp. and
                                      Anthony Lee


**ORDER**

Pursuant to the stipulation of the parties, IT IS SO ORDERED.

Dated: 11/12/08                       _____
                                      HOWARD R. LLOYD
                                      United States Magistrate Judge

WONG & ASSOCIATES
ATTORNEYS AT LAW
413 THIRD STREET
JACK LONDON SQUARE
OAKLAND, CA 94607
(510) 451-2124