**\*\* E-Filed 06/24/09 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ZAI YONG LI, | No. C08-03011 HRL |
| Plaintiff, | **ORDER SETTING SHOW CAUSE HEARING RE: SETTLEMENT** |
| v. | |
| FAMILY HEALTH CENTER et al., | |
| Defendants. | |

Plaintiff Zai Yong Li and defendants ABC Glass and Mirror, Inc. and Steve Chung advise that they have entered a full settlement in the above-entitled action. **On or before July 15, 2009**, plaintiff shall file a dismissal pursuant to Fed. R. Civ. P. 41(a). If a dismissal is not filed by the specified date, plaintiff shall appear in Courtroom 2, 5th Floor of the United States District Court, 280 South First Street, San Jose, CA 95113 on **July 28, 2009 at 10:00 a.m.** and show cause, if any, why the case should not be dismissed. If a voluntary dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated.

Dated: June 24, 2009

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE